.

In re   **Derek James Pyle,**                Case No.  **2:13-bk-07880**
              **Kristina Ann Pyle**

Debtors,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Midfirst Bank Checking Account ending in 5802** | J | 30.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND FURNISHINGS - EXEMPT:**<br><br>**Kitchen table and chairs. $300**<br>**Stove $75**<br>**Refrigerator $100**<br>**Clothes washing machine $75**<br>**Clothes dryer $75**<br>**Living room couch $150**<br>**Living room chair $50**<br>**Living room coffee table and end table $100**<br>**Living room lamps $40**<br>**Beds $300**<br>**Bedroom tables $100**<br>**Bedroom dressers $200**<br>**Bedroom lamps $120**<br>**TV'S $100**<br>**Vacuum cleaner $25** | H | 1,810.00 |

Sub-Total >     **1,840.62**<br>(Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re    **Derek James Pyle,**                                       Case No.    **2:13-bk-07880**
       **Kristina Ann Pyle**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **HOUSEHOLD GOODS AND FURNISHINGS - NON-EXEMPT:** | J | **745.00** |
| | | **Miscellaneous dining room furniture $125** <br> **Miscellaneous small kitchen appliances $75** <br> **China $100** <br> **Silver $50** <br> **Everyday dishes $25** <br> **Freezer $50** <br> **Refrigerator $25** <br> **Den furniture $175** <br> **Stereo $40** <br> **Radios $30** <br> **Computer and accessories $50** | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing and accessories** | J | **200.00** |
| 7. Furs and jewelry. | | **Wedding rings** | J | **750.00** |
| | | **Miscellaneous costume jewelry** | J | **20.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Ruger LCR 357 Magnum** | J | **250.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **River Source Life Variable Life Insurance Policy(Debtor is beneficiary)** | J | **61.16** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SPS Advantage with ONE - Ameriprise Account ending in 9021** | J | **0.00** |
| | | **IRA - Ameriprise Brokerage Account ending in 3 133** | J | **5,796.41** |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **7,822.57** |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re    **Derek James Pyle,**
       **Kristina Ann Pyle**                          Case No.    **2:13-bk-07880**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **IRA - Ameriprise Brokerage Account ending in 5133** | J | 8,707.62 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ameriprise Brokerage/Trade Account ending in 7133** | J | 6,125.04 |
| | | **Ivy League Dogs, LLC** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                              Sub-Total >       **14,832.66**
                                              (Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

Case 2:13-bk-07880-RJH    Doc 13    Filed 06/17/13    Entered 06/17/13 07:43:37    Desc
Main Document     Page 3 of 4

In re    **Derek James Pyle,**                         Case No.    **2:13-bk-07880**
        **Kristina Ann Pyle**

,

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Yamaha Roadliner S Motorcycle with 12,000 miles** <br> **Value determined by Kelley Blue Book** <br> **Lienholder: HSBC** <br> **Debtor to reaffirm loan** | J | 9,080.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lawn furniture** | J | 25.00 |
| | | **Miscellaneous lawn tools** | J | 50.00 |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | 9,155.00 |
| Total > | 33,650.85 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                 Best Case Bankruptcy